## REQUEST FOR WARRANT ON FILING OF AN INDICTMENT

TO:   Clerk, United States District Court
      District of North Dakota

The Grand Jury returned an Indictment on January *13*, 2021, against THOMAS ALEXANDER STARKS, charging the following:

18 U.S.C. § 1361 - Injury or Depredation Against Government Property

---

It is requested that you prepare and deliver to the United States Marshal for the District of North Dakota a warrant directed to the above-named defendant.

☐   The United States will not be in a position to recommend conditions of release until it has reviewed the bond study to be performed by Pretrial Services.

☐   The United States recommends that:

  ☐   Bail be set at $ _____

  ☐   Defendant be detained without bail.

COMMENTS:

Dated: *1/13/2021*

_____
DREW H. WRIGLEY
United States Attorney